IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAR 1 - 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR NO. 2:06CR58-WKW |
| ) | [18 USC 1344; 18 USC 1708; |
| SHAMONDA L. MUSHAT   ) | 18 USC 513(a)] |
| ) | |
| ) | INDICTMENT |

THE GRAND JURY CHARGES:

### COUNT 1

On or about the 29th day of September, 2003, in Montgomery, Alabama, within the Middle District of Alabama, and elsewhere,

SHAMONDA L. MUSHAT,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the grand jury, did execute a scheme to defraud the AmSouth Bank in Montgomery, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Lanier Orthopedic Distributors, Inc., check number 1155, in the amount of $100.00, and replicating the account number on the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the defendant, aided and abetted by others, to substitute the name of Leo Williams as payee, and caused the telephone number of the account holder to be changed. The defendant, aided and abetted by others, then had Leo Williams present the fraudulent check for payment on the holder's account. On or about September 29, 2003, the defendant, aided and abetted by others, caused Leo Williams to attempt to obtain $983.25 from AmSouth Bank in Montgomery, Alabama. All done in violation of Title 18, United States Code,

Sections 2 and 1344.

## COUNT 2

On or about the 17th day of October, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

SHAMONDA L. MUSHAT,

defendant herein, unlawfully received, concealed and unlawfully had in her possession, a letter, mail article and anything contained therein, to wit: check number 9658, in the amount of $8.99, drawn on the account of Robert E. Or Juanita W. Ausbon, on SouthTrust Bank, Montgomery, Alabama, which had been stolen, taken and abstracted from the mail, mail receptacle and other authorized depository for mail matter, knowing the same to have been stolen, taken and abstracted, all in violation of Title 18, United States Code, Section 1708.

## COUNT 3

On or about the 17th day of October, 2003, in Alexander City, Alabama, within the Middle District of Alabama, and elsewhere,

SHAMONDA L. MUSHAT,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the grand jury, did execute a scheme to defraud the Marketplace Office Branch of SouthTrust Bank, the deposits which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the defendant, aided and abetted by others, obtaining a legitimate check issued by Robert E. Or Juanita W. Ausbon and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which caused the name of Martin Parks Brownell to be substituted as payee, and caused the telephone

number of the account holder to be changed. Martin Parks Brownell then presented the check for payment on the account holder's account. The scheme resulted in Martin Parks Brownell fraudulently obtaining approximately $1,865. All in violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT 4

On or about the 14th day of October, 2003, in Dadeville, Alabama, within the Middle District of Alabama, and elsewhere,

**SHAMONDA L. MUSHAT,**

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the grand jury, did execute a scheme to defraud the Dadeville Branch of Colonial Bank, the deposits which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the defendant, aided and abetted by others, obtaining a legitimate check issued by Allen K. or Kathryn A. Hess and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which caused the name of Martin Parks Brownell to be substituted as payee and caused the telephone number of the account holder to be changed. Martin Parks Brownell then presented the check for payment on the account holder's account. The scheme resulted in Martin Parks Brownell fraudulently obtaining approximately $2985. All in violation of Title 18, United States Code, Sections 2 and 1344.

## COUNT 5

On or about the 16th day of October, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

**SHAMONDA L. MUSHAT,**

defendant herein, unlawfully received, concealed and unlawfully had in her possession a letter, mail, article and anything contained therein, to wit: check number 3988, in the amount of $26.53, drawn on the account of Ana R. or James G. Foshee, on Regions Bank, Montgomery, Alabama, which had been stolen, taken and abstracted from the mail, mail receptacle and other authorized depository for mail matter, knowing the same to have been stolen, taken and abstracted, all in violation of Title 18, United States Code, Section 1708.

## COUNT 6

On or about the 15th day of October, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

SHAMONDA L. MUSHAT,

defendant herein, unlawfully received, concealed and unlawfully had in her possession a letter, mail, article and anything contained therein, to wit: check number 8708, in the amount of $93.27, drawn on the account of Robert E. or Tammy J. Hand, on Regions Bank, Montgomery, Alabama, which had been stolen, taken and abstracted from the mail, mail receptacle and other authorized depository for mail matter, knowing the same to have been stolen, taken and abstracted, all in violation of Title 18, United States Code, Section 1708.

## COUNT 7

On or about the 16th day of October, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

SHAMONDA L. MUSHAT,

defendant herein, unlawfully received, concealed and unlawfully had in her possession a letter, mail, article and anything contained therein, to wit: check number 9634, in the amount of $24.80, drawn

on the account of Mrs. Ray R. Johnston, on Aliant Bank, Montgomery, Alabama, which had been stolen, taken and abstracted from the mail, mail receptacle and other authorized depository for mail matter, knowing the same to have been stolen, taken and abstracted, all in violation of Title 18, United States Code, Section 1708.

## COUNT 8

On or about the 29th day of May, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

### SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 6844 in the amount of $429.32, drawn on the account of Ethel Mims, Edward Mims Farm Account, on Bancorp South, Hayneville, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 9

On or about the 3rd day of June, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

### SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 6843 in the amount of $456.32, drawn on the account of Ethel Mims, Edward Mims Farm Account, on Bancorp South, Hayneville, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 10

On or about the 3rd day of June, 2003, in Montgomery, Alabama, within the Middle District

of Alabama,

SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 6845 in the amount of $489.56, drawn on the account of Ethel Mims, Edward Mims Farm Account, on Bancorp South, Hayneville, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 11

On or about the 6th day of June, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 11059 in the amount of $429.32, drawn on the account of The National Car Rental BSI Rentals Inc., on Regions Bank, Montgomery, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 12

On or about the 6th day of June, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 11061 in the amount of $489.56, drawn on the account of The National Car Rental BSI Rentals Inc., on Regions Bank, Montgomery, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 13

On or about the 6th day of April, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

### SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 1815 in the amount of $546.58, drawn on the account of Capital City Basketball Officials Association, on Colonial Bank, Montgomery, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 14

On or about the 6th day of April, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

### SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 1814 in the amount of $489.56, drawn on the account of Capital City Basketball Officials Association, on Colonial Bank, Montgomery, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 15

On or about the 10th day of April, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

### SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 1810 in the amount of $389.05, drawn on the

account of Capital City Basketball Officials Association, on Colonial Bank, Montgomery, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 16

On or about the 10th day of April, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

### SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 1812 in the amount of $389.05, drawn on the account of Capital City Basketball Officials Association, on Colonial Bank, Montgomery, Alabama, all in violation of Title 18, United States Code, Section 513(a).

## COUNT 17

On or about the 7th day of April, 2003, in Montgomery, Alabama, within the Middle District of Alabama,

### SHAMONDA L. MUSHAT,

defendant herein, possessed a counterfeit security of an organization, with intent to deceive another person, organization or government, that is: check 1813 in the amount of $489.56, drawn on the account of Capital City Basketball Officials Association, on Colonial Bank, Montgomery, Alabama, all in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL:

*/s/ Jaynne D Gubert*
Foreperson

*/s/ Kent Brunson*
Kent B. Brunson
Assistant United States Attorney