IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-58-WKW |
| | ) | |
| SHAMONDA L. MUSHAT | ) | |

O R D E R

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum* (Doc. 4, filed March 6, 2006), construed as a motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tutwiler Prison for Women, Wetumpka, Alabama, commanding them to deliver the said Shamonda L. Mushat to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on March 15, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with her.

DONE this the 6th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE