COURTROOM DEPUTY'S MINUTES  DATE: 3-15-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:25 - 11:55 am
COURT REPORTER:

☑ ARRAIGNMENT  ☐ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB  DEPUTY CLERK: sql
CASE NUMBER: 2:06cr58-WKW  DEFENDANT NAME: Shamonda L. MUSHAT
AUSA: Brunson  DEFENDANT ATTORNEY: Kemp
Type counsel ( )Waived; ( )Retained; ( )CJA; (☑)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (☑)NO; ( )YES  Name:

☑ This is defendant's **FIRST APPEARANCE.**
☑ Financial Affidavit executed. **ORAL MOTION for appointment of Counsel.** ☑
☑ **ORAL ORDER appointing Federal Public Defender** ☑ Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:  ☑ Not Guilty
  ☐ Guilty as to:
    ☐ Count(s):
    ☐ Count(s):  ☐ dismissed on oral motion of USA
      ☐ to be dismissed at sentencing

☐ Written plea agreement filed  ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____
☐ CRIMINAL TERM:  (☑ WAIVER OF SPEEDY TRIAL filed.)
  DISCOVERY DISCLOSURE DATE: 3-20-06
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____ ; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
  ☑ Trial on 10-16-06 ; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
  ☐ Defendant requests time to secure new counsel