IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.                                       CR NO. 2:06CR58-WKW

SHAMONDA L. MUSHAT,
    Defendant.

## NOTICE OF APPEARANCE

COMES now Sydney Albert (Al) Smith Attorney at Law, and files herein a **NOTICE OF APPEARANCE** as CJA Panel appointed counsel for SHAMONDA L. MUSHAT.

Counsel in making his appearance, requests:

1. That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the March 20, 2006.

                                          S/Sydney Albert Smith
                                        _____
                                        Sydney Albert (Al) Smith    SMI098
                                        Attorney at Law
                                        P. O. Drawer 389
                                        Elba, Al 36323
                                        Phone:    334-897-3658
                                        Fax:      334-897-8633
                                        email:     sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing by electronically filing iwth the Clerk o the Cour tusing the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant U. S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

                 S/Sydney Albert Smith  03/20/2006
                 _____
                 Of Counsel        Date