IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.2:06-cr-58-WKW |
| | ) |
| SHAMONDA L. MUSHAT, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the Motion to Withdraw Federal Defenders as Counsel of Record and for Appointment of CJA Panel Attorney (doc. #13) filed on January 19, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 24th of March, 2006.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE