## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

☒ Northern   ☐ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 7-17-2006 | @ 11:02 ☒ a.m. ☐ p.m |
| DATE COMPLETED 7-17-2006 | @ 11:06 ☒ a.m. ☐ p.m |

CASE NO. 2:06CR58-WKW

UNITED STATES OF AMERICA     VS.     SHAMMONDA MUSHAT
*Plaintiff(s)*                        *Defendant(s)*

### APPEARANCES

**Plaintiff(s)/Government**
Kent Brunson

**Defendant (s)**
Al Smith

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

### PROCEEDINGS:

☐ Motion Hearing :
☐ Status Conference        ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☒ Pretrial Conference

Pending Motions: None
Discovery Status: None                Plea Status: Plea
Trial Status/Length: 2 Days           Trial Term: 10-16-06