IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.                                    CR NO. 2:06CR58-WKW

SHAMONDA L. MUSHAT,
    Defendant.

## NOTICE OF INTENT TO CHANGE PLEA

COMES now the Defendant, SHAMONDA L. MUSHAT, by and through Sydney Albert (Al) Smith Attorney at Law as CJA Panel appointed counsel and provides notice to the Court that the Defendant intends to enter a Plea of Guilty to the charges.

Respectfully submitted this the July 18, 2006.

                                            S/Sydney Albert Smith
                                            _____
                                            Sydney Albert (Al) Smith    SMI098
                                            Attorney at Law
                                            P. O. Drawer 389
                                            Elba, Al 36323
                                            Phone:    334-897-3658
                                            Fax:      334-897-8633
                                            email:     sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant U. S. Attorney

P. O. Box 197
Montgomery, AL 36101-0197

                                        S/Sydney Albert Smith    07/18/2006
                                        _____
                                        Of Counsel                            Date