COURTROOM DEPUTY'S MINUTES  DATE: 7-31-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:07 — 11:31 am
                            COURT REPORTER: Jimmy Dickens

- [ ] ARRAIGNMENT            [x] CHANGE OF PLEA        [ ] CONSENT PLEA
- [ ] RULE 44(c) HEARING     [ ] SENTENCING

---

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql
CASE NUMBER: 2:06CR58-WKW         DEFENDANT NAME: Shamonda L. MUSHAT
AUSA: Brunson                     DEFENDANT ATTORNEY: Al Smith
                                  Type counsel ( )Waived; ( )Retained; (x)CJA ( )FPD
                                  ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Spurlock
Interpreter present? (x)NO; ( )YES    Name:

---

- [ ] This is defendant's FIRST APPEARANCE.
- [ ] Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- [ ] ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- [ ] WAIVER OF INDICTMENT executed and filed.
- [ ] INFORMATION filed.
- [ ] Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:    [ ] Not Guilty
         [x] Guilty as to: 4
             [ ] Count(s):
             [x] Count(s): 1-3, 5-17   [ ] dismissed on oral motion of USA
                                       [x] to be dismissed at sentencing

[x] Written plea agreement filed   [ ] ORDERED SEALED
[x] ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  4  .
[ ] CRIMINAL TERM:                 [ ] WAIVER OF SPEEDY TRIAL filed.
         DISCOVERY DISCLOSURE DATE:
[ ] ORDER: Defendant continued under [ ] same bond; [ ] summons; for:
         [ ] Trial on _____; [ ] Sentencing on _____
[x] ORDER: Defendant remanded to custody of U. S. Marshal for:
         [ ] Trial on _____; or [x] Sentencing on _____
[ ] Rule 44 Hearing: [ ] Waiver of Conflict of Interest Form executed
                    [ ] Defendant requests time to secure new counsel