
DEFENDANT'S
EXHIBIT
A

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ November _____ Term, A.D. 2003

COUNT I: The Grand Jury of said County charge that, before the finding of this indictment,

> SHAMMONDA MUSHAT, alias
> SHAMONDA L. MUSHAT, alias
> SHAMONDA L. MIUSHAT, alias
> TAKESHA M. SIMINGTON, alias
> SHAKONDA LEQUAN MUSHAT, alias
> SHAMONDA LAQUAN MUSHAT, alias
> POO MUSHAT, alias
> POOH MUSHAT,

whose name is otherwise unknown to the Grand Jury, did possess or utter a
forged check, draft, note or other commercial instrument which did or might
evidence, create, transfer, terminate or otherwise affect a legal right,
interest, obligation, or status, which is substantially set out as follows:



with intent to defraud and with knowledge that said instrument was forged,
in violation of Section 13A-9-6 of the Code of Alabama, against the peace
and dignity of the State of Alabama.

COUNT II:  The Grand Jury of said County further charge that, before the
finding of this indictment,

SHAMMONDA MUSHAT,  alias
SHAMONDA L. MUSHAT, alias
SHAMONDA L. MIUSHAT, alias
TAKESHA M. SIMINGTON, alias
SHAMONDA LEQUAN MUSHAT, alias
SHAMONDA LAQUAN MUSHAT, alias
POO MUSHAT, alias
POOH MUSHAT,

whose name is otherwise unknown to the Grand Jury, did knowingly obtain or

exert unauthorized control over, or did knowingly obtain by deception

control over merchandise and/or lawful currency and/or coinage of the

United States of America, a better description of which is unknown to the

Grand Jury, of some value greater than $250.00, the property of Winn-Dixie

Montgomery, Inc., a Corporation, with intent to deprive the owner of the

property, in violation of Section 13A-8-4 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

_Ellen Brooks_
District Attorney, Fifteenth Judicial Circuit of Alabama

03-1452 TSM

GJ NO. 0160

THE STATE OF ALABAMA

Shammond O'Hushat
B/F HT:5'3" WT:150 DOB:07/20/78

346 Wayne Street

SID. NO. 01370669 ARREST DATE 08/04/03

FOR

CPF I 11

TOP II

**A TRUE BILL**

_____
Foreperson of Grand Jury

BAIL IN THIS CASE IS FIXED AT

$ 10,000

_____
Judge of Circuit Court of Montgomery County

CC NO. _____ TSM

White

Presented in open Court by the Foreperson of the Montgomery County Grand Jury in the presence of 15 other members of the Grand Jury and filed this _NL_ day of Nov 03.

_____
Clerk of the Circuit Court of Montgomery County

WITNESSES

Jim Free
Wk:Winn Dixie 1550 Jackson Ferry Rd

Tamsia Harriel
2515 Westgate St

Michael Hart
389 Winthrop Ct
Wk:AmSouth
D.A. Johnson
Wk:MPD



ACR359

**ALABAMA JUDICIAL DATA CENTER**
**MONTGOMERY COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 2003 001452.00 01
TRACEY S MCCOOEY

# Modified

| CIRCUIT COURT OF MONTGOMERY COUNTY | COURT ORI: 003045 J |
|---|---|

STATE OF ALABAMA    VS.                           DC NO: DC 2003 002207.00
MUSHAT SHAMONDA LAQUEN    ALIAS: SIMINGTON TAKEG J: 160
369 LARCHMONT DR          ALIAS: MUSHAT POOH     SSN:  424041632
MONTGOMERY AL  36105                              SID:  001370669
                                                 AIS:  196706

DOB: 07/20/1978   SEX: F   HT: 5 01    WT: 170  HAIR: BLK  EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: ____

DATE OFFENSE: 07/11/2003   ARREST DATE: 08/04/2003   ARREST ORI: 0030100

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| POSS FORGED INSTR | 13A-009-006 | 01 | C | CONVICTED | 05/21/2004 |
| THEFT OF PROP 2ND | 13A-008-004 | 01 | C | CONVICTED | 05/21/2004 |
| | | O | | | 00/00/0000 |

JUDGE: TRACEY S MCCOOEY              PROSECUTOR:

PROBATION APPLIED   GRANTED  DATE      REARRESTED DATE   REVOKED  DATE
(X)Y( )N            05212004 ( )Y( )N  _____          ( )Y( )N  _____

15-18-8, CODE OF ALA 1975  IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
(X)Y ( )N  CONFINEMENT: 05 00 000  15 00 000  20 00 000  00 00 001
           PROBATION  : 05 00 000             05 00 000
DATE SENTENCED: 06/24/2004     SENTENCE BEGINS: 06/24/2004

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $300.00 | $300.00 |
| CONCURR SENT | ATTORNEY FEE | $0.00 | $0.00 |
| HABITUAL OFDR | CRIME VICTIMS | $100.00 | $100.00 |
| SPLIT SENTENC | COST | $335.00 | $335.00 |
| COMM CORRCTNS | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $735.00 | $735.00 |

APPEAL DATE     SUSPENDED        AFFIRMED         REARREST
(X)Y( )N 06/24/2004 ( )Y( )N _____ ( )Y( )N _____      ( )Y( )N
APPEAL DISP: U -- UPHELD      DISPOSED DATE: 01/26/2005

REMARKS:
                              THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS
                              AND IS TRUE AND CORRECT.

(SENTENCE MODIFICATION)
08/25/05 ORDERED AS FOLLOWS; COURT BROUGHT DEF BACK FROM LA. CUSTODY
AND PLACED DEF. ON COMMUNITY CORRECTIONS PROGRAM.
ALL OTHER ASPECTS FROM THE PREVIOUS TRANSCRIPT ARE TO REMAIN THE SAME.

                              _____
                              MELISSA RITTENOUR(CC)

                              09/01/2005

OPERATOR: DBH
PREPARED: 09/01/2005

DEFENDANT'S
EXHIBIT
C

ACR359

**ALABAMA JUDICIAL DATA CENTER**
**MONTGOMERY COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 2003 001452.00 01
TRACEY S MCCOOEY

---

CIRCUIT COURT OF MONTGOMERY COUNTY          COURT ORI : 003045 J

---

STATE OF ALABAMA          VS.                        DC NO: DC 2003 002207.00
MUSHAT SHAMONDA LAQUEN      ALIAS: SIMINGTON TAKEG J: 160
369 LARCHMONT DR            ALIAS: MUSHAT POOH    SSN:  424041632
MONTGOMERY   AL   36105                           SID:  001370669
                                                  AIS:  196706

---

DOB:  07/20/1978   SEX: F   HT: 5 01      WT: 170   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

---

DATE OFFENSE: 07/11/2003   ARREST DATE: 08/04/2003   ARREST ORI: 0030100

---

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| POSS FORGED INSTR | 13A-009-006 | 01 | C | CONVICTED | 05/21/2004 |
| THEFT OF PROP 2ND | 13A-008-004 | 01 | C | CONVICTED | 05/21/2004 |
| | | 00 | | | 00/00/0000 |

---

JUDGE: TRACEY S MCCOOEY                PROSECUTOR:

---

PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE   REVOKED   DATE
( )Y ( )N            ( )Y ( )N _____   ( )Y ( )N _____   ( )Y ( )N _____

---

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:   20 00 000   00 00 000   20 00 000   00 00 001
            PROBATION  :   00 00 000              00 00 000
DATE SENTENCED: 06/24/2004   SENTENCE BEGINS: 06/24/2004

---

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $300.00 | $300.00 |
| CONCURR SENT | ATTORNEY FEE | $0.00 | $0.00 |
| HABITUAL OFDR | CRIME VICTIMS | $100.00 | $100.00 |
| | COST | $335.00 | $335.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADD'TL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $735.00 | $735.00 |

---

APPEAL DATE          SUSPENDED          AFFIRMED          REARREST

(X)Y ( )N 06/24/2004 ( )Y ( )N _____   ( )Y ( )N _____   ( )Y ( )N _____
APPEAL DISP: U -- UPHELD              DISPOSED DATE: 01/26/2005

---

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.

1-5-06 DEFT ADMITS TO SMOKING MARIJUANA. REINSTATE 20 YRS SENT. ALL
OTHER ASPECTS OF ORIGINAL TRANSCRIPT TO REMAIN THE SAME.

                                  _____
                                  MELISSA RITTENOUR(CC)

                                  01/12/2006

---

OPERATOR: REG
PREPARED: 01/12/2006