# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED  OCTOBER 6, 2006 | AT 9:30 A.M./P.M. |
| DATE COMPLETED  OCTOBER 6, 2006 | AT    A.M./P.M. |

UNITED STATES OF AMERICA                )
                                        )       CR. NO.  2:06cr58-WKW
VS.                                     )
                                        )
SHAMONDA L. MUSHAT                      )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent Brunson | X<br>X<br>X<br>X | Atty. Sydney Albert Smith |

**COURT OFFICIALS PRESENT:**

| | | |
|---|---|---|
| Ann Roy<br>Courtroom Clerk | Jerusha Adams<br>Law Clerk | Risa Entrekin<br>Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 9:45 a.m. | Sentencing hearing commences. Government states terms of plea agreement. Court accepts plea agreement. No objections to PSR. (Sidebar - on the record - testimony of Postal Inspector Agent Tynum). **ORAL ORDERS** granting [33] Motion for Downward Departure and [32] Motion to Impose Sentence (filed as a Motion for Downward Departure.) Counts 1-3,5-17 dismissed on motion by the government. Sentence imposed. |
| 10:15 a.m. | Hearing concluded. |