IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA

vs.                                    2:06cr58-WKW

SHAMONDA L. MUSHAT

_____

        PLAINTIFF                           DEFENDANT

                       WITNESS LIST


1.  Postal Agent Tynum          _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____